UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERTO BEDOLLA AMBRIZ, | ) | Case No. SACV 14-0297 JFW(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| W.L. MONTGOMERY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: December 2, 2015

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE